# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Amanda L Krebs
fka Amanda Stancavage
fka Amanda L Krebs−Stancavage
**Debtor(s)**

Amanda L Krebs
**Plaintiff(s)**

vs.

KML Law Group, P.C.
**Defendant(s)**

Chapter: 13

Case No.: 4:23−bk−01894−MJC

Adversary No.: 4:24−ap−00014−MJC

Document Number: 1

## **Order Filing Fee Due**

Finding that the fee in the amount of **$350.00** assessed in connection with the above referenced adversarial proceeding has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **February 28, 2024** or an order may be entered dismissing this proceeding for failure to pay the filing fee.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 21, 2024

orfeedue(05/18)