# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Amanda L. Krebs, | : | Case No. 4:23-01894-MJC |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| Amanda L. Krebs, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding |
| v. | : | No. 4:24-00014-MJC |
| | : | |
| KML Law Group, P.C., | : | |
| | : | |
| Defendant. | : | |

## ORDER ESTABLISHING BRIEFING SCHEDULE
## AND SETTING ORAL ARGUMENT ON MOTION TO DISMISS

**AND NOW**, upon consideration of the Motion to Dismiss Complaint ("Motion to Dismiss") and memorandum of law in support, filed by Defendant KML Law Group, P.C. ("Defendant") on February 28, 2024, Dkt. # 3;

It is hereby **ORDERED** that:

1. Local Bankruptcy Rule 7002-1[1] shall apply to the Motion to Dismiss.

2. Pursuant to Fed. R. Bankr. P. 9027(e)(3), **on or before March 5, 2024**, Plaintiff shall file a statement that whether Plaintiff does or does not consent to entry of final orders or judgment by the Bankruptcy Court.

3. Plaintiff's brief in opposition to the Motion to Dismiss shall be filed **on or before March 20, 2024**.

---

[1] Pursuant to Local Bankruptcy Rule 7002-1, the Local Rules of the United States District Court for the Middle District of Pennsylvania LR 7.1 through LR 7.8 and LR 15.1 (https://www.pamd.uscourts.gov) are applicable to this adversary proceeding.

4. If Plaintiff fails to file a timely opposition brief, then Plaintiff shall be deemed to not oppose the Motion to Dismiss, and the Motion to Dismiss may be granted without further notice or hearing.

5. Oral argument on the Motion to Dismiss is scheduled for **Tuesday, March 26, 2024 at 2:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 28, 2024