United States Bankruptcy Court

Middle District of Pennsylvania

Krebs,
    Plaintiff

KML Law Group, P.C.,
    Defendant

Adv. Proc. No. 24-00014-MJC

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 1
Date Rcvd: Feb 28, 2024     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ha.ecf@usdoj.gov | Feb 28 2024 18:48:00 | D Troy Sellars, DOJ-Ust, 1501 North 6th Street, Ste Box 302, Harrisburg, PA 17102-1104 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gaspar, Jr | on behalf of Plaintiff Amanda L Krebs david@armlawyers.com |
| Denise E. Carlon | on behalf of Defendant KML Law Group P.C. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Amanda L. Krebs,** | : | **Case No. 4:23-01894-MJC** |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| **Amanda L. Krebs,** | : | |
| | : | |
| Plaintiff, | : | **Adversary Proceeding** |
| v. | : | **No. 4:24-00014-MJC** |
| | : | |
| **KML Law Group, P.C.,** | : | |
| | : | |
| Defendant. | : | |

**ORDER ESTABLISHING BRIEFING SCHEDULE
AND SETTING ORAL ARGUMENT ON MOTION TO DISMISS**

**AND NOW**, upon consideration of the Motion to Dismiss Complaint ("Motion to Dismiss") and memorandum of law in support, filed by Defendant KML Law Group, P.C. ("Defendant") on February 28, 2024, Dkt. # 3;

It is hereby **ORDERED** that:

1. Local Bankruptcy Rule 7002-1[1] shall apply to the Motion to Dismiss.

2. Pursuant to Fed. R. Bankr. P. 9027(e)(3), **on or before March 5, 2024**, Plaintiff shall file a statement that whether Plaintiff does or does not consent to entry of final orders or judgment by the Bankruptcy Court.

3. Plaintiff's brief in opposition to the Motion to Dismiss shall be filed **on or before March 20, 2024**.

---

[1] Pursuant to Local Bankruptcy Rule 7002-1, the Local Rules of the United States District Court for the Middle District of Pennsylvania LR 7.1 through LR 7.8 and LR 15.1 (https://www.pamd.uscourts.gov) are applicable to this adversary proceeding.

4. If Plaintiff fails to file a timely opposition brief, then Plaintiff shall be deemed to not oppose the Motion to Dismiss, and the Motion to Dismiss may be granted without further notice or hearing.

5. Oral argument on the Motion to Dismiss is scheduled for **Tuesday, March 26, 2024 at 2:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 28, 2024