# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Amanda L. Krebs, | : | Case No. 4:23-01894-MJC |
| Debtor. | : | |
| Amanda L. Krebs, | : | |
| Plaintiff, | : | Adversary Proceeding |
| v. | : | No. 4:24-00014-MJC |
| KML Law Group, P.C. | : | |
| Defendant. | : | |

## STATEMENT PURSUANT TO Fed. R. Bankr. P. 9027(e)(3)

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3) Plaintiff Amanda L. Krebs, does not consent to the entry of final orders or judgment by the Bankruptcy Court.

Date: March 5, 2024

Respectfully submitted

/s/ David M. Gaspar, Jr., Esq.
David M. Gaspar, Jr., Esquire
Atty. ID#: 327667
Attorney for Plaintiff
115 E. Broad Street
Bethlehem, PA 18018
(610) 849-2789