United States Bankruptcy Court

Middle District of Pennsylvania

Krebs,
    Plaintiff

KML Law Group, P.C.,
    Defendant

Adv. Proc. No. 24-00014-MJC

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 1
Date Rcvd: May 20, 2024     Form ID: ntcomply     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Amanda L Krebs, 1149 W Montgomery Street, Coal Township, PA 17866-3411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

**Name**     **Email Address**

David Gaspar, Jr
    on behalf of Plaintiff Amanda L Krebs david@armlawyers.com

Denise E. Carlon
    on behalf of Defendant KML Law Group P.C. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Patrick James Best
    on behalf of Plaintiff Amanda L Krebs patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amanda L Krebs
fka Amanda Stancavage
fka Amanda L Krebs−Stancavage
**Debtor(s)**

Chapter: 13

Case No. : 4:23−bk−01894−MJC

Amanda L Krebs
**Plaintiff(s)**

Adversary No.: 4:24−ap−00014−MJC

Document Number: 7

vs.

Matter: Amended Complaint

KML Law Group, P.C.
**Defendant(s)**

## Notice

Pursuant to Local Bankruptcy Rule 7055−1, if a responsive pleading is not filed in the above−captioned adversary proceeding, a Motion for Default Judgment should be filed. An adversary complaint may be dismissed if a motion for default judgement has not been filed within forty−five (45) days after the response date to the complaint.

Therefore, the adversary proceeding may be dismissed if a Motion for Default Judgment (which must be preceded by a request for Entry of Default) is not filed on or before **June 19, 2024**.

The Local Bankruptcy Forms and Rules and the Federal Rules of Bankruptcy Procedure can be found on the Court's website at http://www.pamb.uscourts.gov.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 20, 2024 |

ntcomply(05/18)