United States Bankruptcy Court

Middle District of Pennsylvania

Krebs,
    Plaintiff

KML Law Group, P.C.,
    Defendant

Adv. Proc. No. 24-00014-MJC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jul 01 2024 18:45:00 | D Troy Sellars, DOJ-Ust, 1501 North 6th Street, Ste Box 302, Harrisburg, PA 17102-1104 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gaspar, Jr | on behalf of Plaintiff Amanda L Krebs david@armlawyers.com |
| Denise E. Carlon | on behalf of Defendant KML Law Group P.C. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Patrick James Best | on behalf of Plaintiff Amanda L Krebs patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Amanda L. Krebs, | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 4:23-01894-MJC |

| | | |
|---|---|---|
| Amanda L. Krebs, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | No. 4:24-00014-MJC |
| v. | : | |
| | : | |
| KML Law Group, P.C. | : | |
| | : | |
| Defendant. | : | |

ORDER

Upon consideration of the Plaintiff's Motion to Approve Settlement, Dkt. # 11 ("Motion"), after notice to all creditors and parties in interest entitled to receive notice and no objections having been filed in response thereto, it is hereby

ORDERED that the settlement is approved; and it is further

ORDERED that the adversary proceeding may be closed accordingly.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 1, 2024